# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELANIE HECK | : |
| | :  No. 21-cv-5096-JMY |
| vs. | : |
| | : |
| COMMISSIONER OF SOCIAL SECURITY. | : |
| | : |

## ORDER

AND NOW, this 16th day of August, 2022, upon consideration of the Plaintiff's Request for Review (ECF No. 11), the Defendant's Response thereto (ECF No. 14), and Plaintiff's Reply (ECF No. 16), and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 17) with no Objections being filed thereto,[1] it is hereby ORDERED that:

1. The Clerk of Court is DIRECTED to REMOVE this matter from civil suspense and RETURN it to the Court's active docket.
2. The Report and Recommendation is APPROVED and ADOPTED.
3. The Plaintiff's Request for Review is DENIED.
4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge

---

[1] The Court's Order dated May 2, 2022, that referred this matter to U.S. Magistrate Judge Marilyn Heffley specifically states, "The placement of this matter into civil suspense does not prejudice the rights of the parties to this litigation, affect any of the deadlines in this case, or otherwise operate as a stay of these proceedings. The court shall restore the case to the active docket when the action is in a status where the court may address the Report and Recommendation and, if timely filed, any Objections thereto." (Order, ECF No. 15.)

The Report and Recommendation was filed on July 1, 2022. To date, no Objections appear on the docket despite the fact that more than fourteen days have expired since the Report and Recommendation was filed and notice was sent. (ECF No. 17.)